409 A.2d 856

**ESTATE of Thomas MICHELL, an incompetent.**

**Appeal of Thomas MICHELL.**

Supreme Court of Pennsylvania.

Argued Dec. 10, 1979.

Decided Jan. 18, 1980.

Frank L. Newburger, III, Philadelphia, for appellant.

James Francis Lawler, Denis James Lawler, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party to pay own costs.